**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

| | |
|---|---|
| **CHAMBERS OF**<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

August 24, 2017

**LETTER ORDER**

Re: **Hong Kong Ibesttouch v. IDistribute LLC et al**
    Civil Action No. 17-2441 (FLW)

Dear Counsel:

During the initial conference, the parties indicated an intent by consent to amend the pleadings. Discovery is therefore stayed. Plaintiff shall file an amended complaint by **September 18, 2017**. It is anticipated that with its answer, Defendant will file an amended counterclaim. If either party files a motion to dismiss, the stay of discovery will continue. Otherwise, a schedule for discovery shall be entered. This matter is removed from arbitration.

**IT IS SO ORDERED.**

         s/ Tonianne J. Bongiovanni
        **TONIANNE J. BONGIOVANNI**
        **United States Magistrate Judge**